UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH VAUGHN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:05-CV-842 MLM |
| ) | |
| STEVEN MOORE, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

This matter is before the Court upon the application of Kenneth Vaughn for leave to commence this action without payment of the required filing fee. This motion will be denied, without prejudice, as moot. Petitioner has paid the required filing fee in full.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #1] is **DENIED**, without prejudice, as moot. See 28 U.S.C. § 1915.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  22nd  day of June, 2005.