UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH VAUGHN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:05CV 842 HEA(LMB) |
| ) | |
| STEVEN MOORE, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the court the petition of Kenneth Vaughn for a writ of habeas corpus under 28 U.S.C. § 2254. This cause was referred to the undersigned United States Magistrate Judge for a Report and Recommendation pursuant to 28 U.S.C. § 636 (b). On October 30, 2006, petitioner filed a "Notice of Petition for Evidentuary [sic] Hearing," in which he claims that a camera with film exists to exonerate him and that he has alibi witnesses to substantiate his claims. Petitioner thus requests an evidentiary hearing on the claims set forth in his petition. Petitioner filed another request for an evidentiary hearing on November 15, 2006. (Doc. No. 26).

- 1 -

Respondent has not filed a response to petitioner's motions for an evidentiary hearing. Petitioner has written the court on several occasions inquiring about the status of his motions and has noted that respondent has not filed a response. (Docs. No. 28, 30, 31, 32).

Accordingly,

**IT IS HEREBY ORDERED** that respondent shall file a response to petitioner's motions for an evidentiary hearing (Docs. No. 24, 26) within twenty (20) days of the date of this Order.

Dated this   10th   of April, 2007.

　　　　　　　　　　　　　　　　　　　LEWIS M. BLANTON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE