UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH VAUGHN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 4:05CV842 HEA |
| | ) |
| LARRY DENNY, | ) |
| | ) |
| Respondent. | ) |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of Kenneth Vaughn for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability as Petitioner has not made a substantial showing of the denial of a federal constitutional right.

Dated this 7th day of May, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE